BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

*IN RE: FISHER-PRICE ROCK 'N PLAY SLEEPER MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION*

MDL No. 2903

CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of

- **Notice of Appearance**

was served by ECF/Email on May 30, 2019 to the following:

### Clerks of Court

Clerk of the Panel
**United States Judicial Panel on Multidistrict Litigation**
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE, Room G-255, North Lobby
Washington, DC 20544-0005

Clerk of Court
**Western District of New York**
United States District Court
2 Niagara Square
Buffalo, NY 14202

Clerk of Court
**Central District of California**
Western Division
United States District Court
First Street Courthouse
350 West 1st Street, 8th Fl, Courtroom 8A,
Los Angeles, CA 90012

### Counsel for Plaintiffs

| Counsel | Plaintiffs/Case No. |
|---|---|
| L. Timonthy Fisher<br>Blair E. Reed<br>Bursor & Fisher, P.A. | **Counsel for Plaintiff LINDA BLACK**<br>C.D. California, No. 2:19-03209 |

| Counsel | Plaintiffs/Case No. |
|---|---|
| 1990 North Carolina Blvd., Ste 940<br>Walnut Creek, CA 94596<br>Tel: (925) 300-4455<br>*ltfisher@bursor.com*<br>*breed@bursor.com* | |
| Scott A. Bursor<br>Bursor & Fisher, P.A.<br>888 Seventh Ave<br>New York, NY 10019<br>Tel: (212) 989-9113<br>*scott@bursor.com* | **Counsel for Plaintiff LINDA BLACK**<br>C.D. California, No. 2:19-03209 |
| Terrence M. Connors<br>Caitlin M. Higgins<br>Katherine E. Howard<br>Connors LLP<br>1000 Liberty Building<br>Buffalo, NY 14202<br>Tel: (716) 852-5533<br>*mc@connorsllp.com*<br>*cmh@connorsllp.com*<br>*kgh@connorsllp.com* | **Counsel for Plaintiff EMILY BARTON**<br>W.D. New York, Case No. 1:19-00670<br>**Counsel for Plaintiff CASSANDRA MULVEY**<br>W.D. New York, Case No. 1:19-00518<br>**Counsel for Plaintiff KATHARINE SHAFFER**<br>W.D. New York, Case No. 1:19-00667<br>**Counsel for Plaintiff CANDACE KIMMEL**<br>W.D. New York, Case No. 1:19-00695 |
| Elbert F. Nasis, Esq.<br>Forchelli Deegan Terrana<br>333 Earle Ovington Blvd., Suite 1010<br>Uniondale, New York 11553<br>Tel: (516) 248-1700<br>*ENasis@ForchelliLaw.com* | **Counsel for Plaintiff CASSANDRA MULVEY**<br>W.D. New York, Case No. 1:19-00518 |
| Andrew J. Lorin<br>Jonathan A. Sorkowitz<br>Kristin Darr<br>Melody McGowin<br>Pierce Bainbridge Beck Price & Hecht LLP<br>277 Park Avenue, 45th Floor<br>New York, NY 10172<br>Tel.: (212) 484-9866<br>*alorin@piercebainbridge.com*<br>*jsorkowitz@piercebainbridge.com*<br>*kdarr@piercebainbridge.com*<br>*mmcgowin@piercebainbridge.com* | **Counsel for Plaintiffs SAMANTHA DROVER-MUNDY, ZACHARY MUNDY, and REBECCA DROVER**<br>W.D. New York, Case No. 1:19-00512 |
| Demet Basar | **Counsel for Plaintiff EMILY BARTON** |

| Counsel | Plaintiffs/Case No. |
|---|---|
| Daniel Tepper<br>Kate McGuire<br>Wolf Haldenstein Adler Freeman & Herz LLP<br>270 Madison Ave.<br>New York, NY 10016<br>Tel: (212) 545-4600<br>basar@whafh.com<br>tepper@whafh.com<br>mcguire@whafh.com | W.D. New York, Case No. 1:19-00670<br>**Counsel for Plaintiff CASSANDRA MULVEY**<br>     W.D. New York, Case No. 1:19-00518<br>**Counsel for Plaintiff MARK NABONG**<br>     W.D. New York, Case No. 1:19-00668<br>**Counsel for Plaintiff KATHARINE SHAFFER**<br>     W.D. New York, Case No. 1:19-00667 |
| Carl V. Malmstrom, Esq.<br>Wolf Haldenstein Adler Freeman & Herz LLP<br>111 West Jackson, Suite 1700<br>Chicago, IL 60604<br>Tel: (312) 984-0000<br>malmstrom@whafh.com | **Counsel for Plaintiff MARK NABONG**<br>     W.D. New York, Case No. 1:19-00668<br>**Counsel for Plaintiff KATHARINE SHAFFER**<br>     W.D. New York, Case No. 1:19-00667 |
| Stephen P. DeNittis, Esq.<br>DeNittis Osefchen Prince, P.C.<br>5 Greentree Centre<br>525 Route 73 North, Suite 410<br>Marlton, NJ 08053<br>(856) 797-9951<br>sdenittis@denittislaw.com | **Counsel for Plaintiff CANDACE KIMMEL**<br>     W.D. New York, Case No. 1:19-00695 |
| Brendan Murphy<br>Perkins Coie<br>1201 Third Avenue<br>Suite 4900<br>Seattle, WA 98101-3099<br>Tel: (925) 300-4455<br>bmurphy@perkinscoie.com | **Counsel for Defendant AMAZON.COM, INC.**<br>     W.D. New York, Case No. 1:19-00512 |

Dated this 30th day of May 2019

*Respectfully Submitted,*

By: /s/ *Adrianne E. Marshack*
     Adrianne E. Marshack

**MANATT, PHELPS & PHILLIPS, LLP**
CRAIG J. DE RECAT (Bar No. CA 105567)

Email: *cderecat@manatt.com*
MATTHEW P. KANNY (Bar No. CA 167118)
Email: *mkanny@manatt.com*
ADRIANNE E. MARSHACK (Bar No. CA 253682)
Email: *amarshack@manatt.com*
11355 West Olympic Boulevard
Los Angeles, CA  90064-1614
Telephone:  (310) 312-4000
Facsimile:  (310) 312-4224

Attorneys for Defendants
FISHER-PRICE, INC. and MATTEL, INC.

323810934